IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| PERFORMANCE BUSINESS FORMS, INC., | ) ) ) |
| v. | ) NO. 3:03-0931 ) JUDGE CAMPBELL |
| THE REYNOLDS AND REYNOLDS COMPANY, et al. | ) ) |

ORDER

The Court held a <u>Markman</u> hearing on June 30, 2005. Defendant/Counter Plaintiff Reynolds and Reynolds Company ("Reynolds") asserts that Plaintiff/Counter Defendant Performance Business Forms, Inc. ("Performance") has infringed a patent owned by Reynolds. The patent at issue is U.S. Patent No. 5,779, 543 (the "'543 Patent"). The Court construes the disputed claim terms of the '543 Patent as set forth in the accompanying Memorandum.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE